|  | FOR COURT USE ONLY |
|---|---|
| | |
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | |
| Name of Debtor(s) listed on the bankruptcy case: <br><br> JOSEPH ELLISON | CASE NO.: 2:14-bk-24463-RK <br><br> CHAPTER: 7 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Joseph Ellison
   Mailing Address: 555 S. Norton Ave.
   City, State, Zip Code: Los Angeles, CA 90020

3. **New Address:**
   Mailing Address: BHWM; 9454 Wilshire Blvd., Suite 710
   City, State, Zip Code: Beverly Hills, CA 90212

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 07/01/2015

DAVID S. HAGEN
Requestor's printed name(s)

*[signature]*
Requestor's signature(s)

Attorney for Debtor
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.3.CHANGE.ADDRESS