# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# **NOTICE OF ORDER DENYING DISCHARGE**

**DEBTOR(S) INFORMATION:**
Joseph Ellison
**SSN:** xxx−xx−5814
**EIN:** N/A

9454 Wilshire Blvd., Suite 710
Beverly Hills, CA 90212

**BANKRUPTCY NO.** 2:14−bk−24463−RK
**CHAPTER** 7

Notice is hereby given that an order was entered **DENYING the DISCHARGE** of the above−named debtor(s).

Per Judgment entered on 9/23/2016 in adversary proceeding 2:15−ap−01001−RK.

Dated: September 23, 2016

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van57 5/96) VAN−57

**50 / STG**